1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN T. MARVIK,                          )    Case No. 3:11-cv-00655-ECR-WGC
                                           )
              Plaintiff,                   )
                                           )    ORDER
vs.                                        )
                                           )
                                           )
                                           )
DR. NEIGHBORS, et al.,                     )
                                           )
              Defendants.                  )
                                           )

17      On October 13, 2011, the Magistrate Judge filed a Report and

18   Recommendation (#6) recommending that Plaintiff's motion to proceed in forma

19   pauperis (#3) be granted; that Plaintiff's Eighth Amendment deliberate

20   indifference to medical needs claim proceed as to Defendants Neighbors,

21   Durante, Pierson, and Oksonhald; that all other federal claims be denied; that

22   Plaintiff's assertion of criminal claims for abuse of state power, fraud, perjury

23   and conspiracy be dismissed with prejudice; and that Plaintiff's state law claims

24   for conspiracy, medical malpractice, fraudulent misrepresentation be dismissed

25   without prejudice.

26      No objection was timely filed by Plaintiff.

27      **IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Report

28   and Recommendation (#6) is well taken and is **APPROVED** and **ADOPTED**.

     **IT IS ORDERED** that Plaintiff's request (#3) to proceed in forma

1  pauperis is **GRANTED**.   Plaintiff's second motion (#7) to proceed in forma

2  pauperis is denied as moot.

3       **IT IS THEREFORE ORDERED** that the Clerk of the Court shall file the

4  Complaint (#1-1).

5       **IT IS FURTHER ORDERED** that the claims for abuse of state power

6  and criminal claims of fraud perjury, and conspiracy are dismissed with

7  prejudice and shall not be included in the amended complaint.  Plaintiff's state

8  law claims for civil conspiracy, medical malpractice and fraudulent

9  misrepresentation are dismissed without prejudice, and Plaintiff may include

10  these claims in the amended complaint.

11       **IT IS FURTHER ORDERED** that Plaintiff's motion (#9) to file an

12  amended complaint is **GRANTED**.  Plaintiff shall have 30 days from the date of

13  this order in which to file his amended complaint in accordance with the

14  guidance provided herein and by the Report and Recommendation (#6).  **IT IS**

15  **ORDERED** that, if specifically alleged in the amended complaint, the Eighth

16  Amendment deliberate indifference to medical needs claim shall proceed as to

17  Defendants Neighbors, Durante, Pierson, and Oksonhald.

18       **IT IS ORDERED** that Plaintiff's motion to exceed the page limit (#8) for

19  the amended complaint is **GRANTED** on the following basis. The amended

20  complaint shall not exceed 30 pages.

21       **IT IS ORDERED** that the Clerk shall send a blank section 1983 civil

22  rights complaint form with instructions along with one copy of the original

23  complaint to Plaintiff.

24       Dated this 5th day of January 2012.

25

26            Edward C. Reed.

27            EDWARD C. REED, JR.
              United States District Judge

28