**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| STEVEN T. MARVIK, ) | 3:11-cv-00655-ECR-WGC |
| Plaintiff, ) | |
| vs. ) | **Order** |
| DR. NEIGHBORS, et al., ) | |
| Defendants. ) | |

On January 5, 2012, the Court entered an Order (#12) approving and adopting the Magistrate Judge's Report and Recommendation (#6) and granting Plaintiff's motion (#9) to file an amended complaint. At that time, we ordered that Plaintiff shall have thirty (30) days from the date of the Order to file the amended complaint.

Plaintiff's motion (#9) to file an amended complaint, however, had a proposed amended complaint (#9-1) attached.

**IT IS, THEREFORE, HEREBY ORDERED** that the Clerk shall file Plaintiff's first amended complaint (#9-1).

DATED: February 24, 2012.

_____
UNITED STATES DISTRICT JUDGE