UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN T. MARVIK, | ) | 3:11-cv-00655-ECR-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 1, 2012 |
| DR. NEIGBORS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 29, 2012, Plaintiff filed a "Motion to Include Already Filed Civil Rights Complaint..." (Doc. #20) in this case. However, on February 27, 2012, the plaintiff's First Amended Civil Rights Complaint (Doc. #19) was filed pursuant to the Order of the Hon. Edward C. Reed, Jr., Senior United States District Judge (Doc. #18).

Plaintiff's motion (Doc. #20) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk