UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN T. MARVIK,    ) | 3:11-cv-00655-LRH-WGC |
| ) | |
| Plaintiff,    ) | **MINUTES OF THE COURT** |
| vs.    ) | |
| ) | December 27, 2012 |
| DR. NEIGBORS, *et.al.*,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion For This Honorable Court to Explain Whether This Court Answers the Defendants Answers to Plaintiff's Complaint and Why the Plaintiff Can't Argue/Dispute the Defendants Answers." (Doc. # 44.) The first component of this motion appears to be an inquiry from Plaintiff as to why Plaintiff cannot respond to the Defendants' Answers to Plaintiff's Complaint: "why the plaintiff can't argue/dispute the Defendants answers in writing et.al." Federal Rule of Civil Procedure 7 does not provide for an "answer to an answer to a complaint." Plaintiff's attention is also directed to Rule 8 of the Federal Rules of Civil Procedure.

The second component of Plaintiff's motion appears to be a request for this court to order the defendants' attorneys to sign an affidavit as to certain facts or "why they did not sign their legal document to answer plaintiff's complaint under the penalty of perjury." Rule 11(a) of the Federal Rules of Civil Procedure states that "[u]nless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit." However, any document executed by Defendants' counsel is also governed by Rule 11(b) which, by presenting a pleading, motion or other paper to the court, the attorney certifies, *inter alia*, that to the best of the person's knowledge, information and belief the submission is not being presented for any improper purpose, the claims or defenses are warranted by existing law, that the factual contentions have evidentiary support and that the denials of factual contentions are warranted on the evidence.

Accordingly, Plaintiff's motion (Doc. # 44) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:     /s/
       Deputy Clerk