**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEVEN T. MARVIK, | ) | 3:11-cv-00655-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 27, 2012 |
| | ) | |
| DR. NEIGBORS, *et.al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING  </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING  </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion to File Notice to this Court Pursuant to Court Order Dated 9/25/2012, in Which, Plaintiff has New Evidence of the Location of Dr. Steven Zuchowski and Requests the U.S. Marshalls (sic) to Re-Attempt the Summons to this Defendant" (Doc. # 48), wherein Plaintiff provides another address for service upon Dr. Zuchowski. Also before the court is Plaintiff's Motion for Extension of Time to serve Dr. Zuchowski (Doc. # 49), wherein Plaintiff seeks a 60 day enlargement of time to serve Defendant Steven Zuchowski.

**Motion to File Notice (Doc. # 48)**
Upon inquiry to the U.S. Marshal's Service as to the status of the "re-attempt" to serve Defendant Steven Zuchowski, the court was advised that the Marshal's Service just received Plaintiff's USM-285 form, and that service has not yet been effected.

Good cause appearing, therefore, the court has provided the U.S. Marshal's Service with the alternate address for Defendant Zuchowski noted in Doc. # 48. The court was informed by the U.S. Marshal's Service that service will be attempted on Defendant Zuchowski at both addresses, i.e., 401 W. 2nd Street, Suite 216, Reno, Nevada, 89503, and at 80 Continental Drive, Suite 200, Reno, Nevada 89509.

Plaintiff's motion (Doc. # 48) is therefore **GRANTED.** After Plaintiff receives information from the Marshal regarding whether or not Defendant Zuchowski has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**MINUTES OF THE COURT**
3:11-cv-00655-LRH-WGC
Date:  December 27, 2012
Page 2

**Motion for Extension of Time (Doc. # 49)**

Plaintiff's motion seeking a 60 day extension of time (Doc. # 49) is **GRANTED.  Plaintiff shall have an extension to and including March 3, 2013,** to effect service upon defendant Zuchowski**.**  Plaintiff is cautioned that if service is not effected within that time period, a dismissal pursuant to Rule 4(m) of the Nevada Rules of Civil Procedure will be issued.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK


                            By:           /s/
                                  Deputy Clerk