UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| STEVEN T. MARVIK, | ) |
| Plaintiff, | ) 3:11-cv-00655-LRH-WGC |
| vs. | ) ORDER |
| DR. NEIGHBORS; *et al.*, | ) |
| Defendants. | ) |

Before the court is Plaintiff's Motion and Legal Objection in this Court's Ruling in Protective Order Dated March 20, 2013 Pursuant to Rule 26(b)(3)(8) etc. (#69[1]), which the court will treat as a motion to reconsider Magistrate's Order #68.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#68) will, therefore, be sustained and Plaintiff's Motion (#69) is denied.

IT IS SO ORDERED.

DATED this 29th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.