UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN T. MARVIK, | |
| Plaintiff, | 3:11-cv-00655-LRH-WGC |
| vs. | |
| DR. NEIGHBORS, *et al.*, | ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4 (m) FEDERAL RULES OF CIVIL PROCEDURE |
| Defendants. | |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that the action is hereby dismissed without prejudice as to:

**Steven Zuchowski.**

In addition, Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

DATED this 8th day of April, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE